AO 470 (8/85) Order of Temporary Detention

# United States District Court

## SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

SEP 16 2011

David J. Bradley, Clerk

UNITED STATES OF AMERICA

V.

JOSE MARIN-DOMINGUEZ
*Defendant*

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
BAIL REFORM ACT

Case Number: **M-11-2681-M**

Upon motion of the _____**Government**_____, it is ORDERED that a detention hearing is set for **September 21, 2011** * at **3:00 P.M.**
*Date*                                                                           *Time*

before              **PETER E. ORMSBY**, U.S. Magistrate Judge
*Name of Judicial Officer*

**McAllen, Texas**
*Location of Judicial Officer*

Pending this hearing, the defendant shall be held in custody by (the United States marshal) ( _____

_____ ) and produced for the hearing.
*Other Custodial Official*

Date: _____September 16, 2011_____

Peter E. Ormsby
United States Magistrate Judge

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.